DWORKIN, INC., Respondent, v. BARNEY DWORKIN and GREENPOINT PARLOR SUITE Co., INC., Appellants.— Motion to strike out provision from injunction order denied. Present — Lazansky, P. J., Rich, Kapper, Seeger, and Carswell, JJ.

FRANCIS L. GRAHLFS, Appellant, v. LOUIS BARTH and Another, Defendants. FRANK ABRUZZO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper and Seeger, JJ.; Carswell, J., not voting.*

MATILDA GREENLEE, Respondent, v. BENJAMIN GREENLEE and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants pay thirty dollars costs within five days from the entry of the order herein and that they bring the appeal on for argument on Monday, December 5, 1927, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

TIBITHA H. HAZAZER, Respondent, v. SIXTY-SEVEN WEST FIFTY-SECOND STREET, INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands on Powell Street between Dumont and Livonia Avenues, Adjoining the Premises of Public School No. 109 in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion for reargument of motion for payment of award granted and motion referred to an official referee by consent. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of JULIUS DAVIDSON, Respondent, for a Peremptory Order of Mandamus against JAMES J. WALKER, Mayor of the City of New York, Appellant.— Motion for preference denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of HARRIS STRYZOWER, etc. Arrandale Avenue Now Known as 65th Avenue, Flushing Heights, Borough of Queens, in the City of New York, etc.— Motion for payment of award granted upon condition that the corporation counsel approve the order as to form. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of ABRAHAM WEINSTOCK, Petitioner, for an Order Designating and Appointing an Arbitrator Who Shall Act under and Pursuant to the Order of Mr. Justice RIEGELMANN of This Court, Bearing Date the 17th Day of May, 1926.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.